# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JOEL BARCELONA,**

   *Plaintiff*,

v.                                                         Case No.: 4:23cv78-MW/MAF

**DR. KHAWAJA, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i) as malicious because Plaintiff made affirmative misrepresentations relating to his litigation history and failed to exhaust his administrative remedies." The Clerk shall note on the docket that this cause was **DISMISSED without**

**prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and close the file.

**SO ORDERED on April 3, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**